IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00259-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.196.168.210,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2014.**

Defendant's Motion to Reconsider Rule 26 Order and Motion to Quash Third-Party Subpoena; and/or Motion to Limit Expedited Discovery and for Protective Order [filed March 18, 2014; docket # 12] is **denied without prejudice**. Defendant states that on March 12, 2014, he or she attempted to confer with Plaintiff's counsel regarding the motion by email and letter but received no response. Considering the March 20, 2014 deadline that Comcast gave Defendant to object to the subpoena, these do not constitute reasonable good faith efforts to confer, as required by D.C. Colo. LCivR 7.1(a). Moreover, if Defendant chooses to file a renewed motion, Defendant shall comply with Senior Judge Daniel's Civil Practice Standards, which limit the length of such motions to fifteen (15) pages.