IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00259-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.196.168.210,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2014.**

    Defendant's Renewed Motion to Limit Expedited Discovery and for Protective Order Pursuant to Fed. R. Civ. P. 26 [filed March 20, 2014; docket # 16] is **granted** as follows. The Defendant may proceed anonymously in this matter as "John Doe" only for the purpose of adjudicating any motion to quash or motion to dismiss. Upon resolution of the motion to quash or motion to dismiss, should the Defendant perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.

    In addition, to the extent not opposed by Plaintiff, the Court **grants** Defendant's request that Defendant's telephone number and email address be excluded from the expedited discovery allowed by this Court in its January 31, 2014 Order [docket # 9]. So long as Defendant remains represented by counsel, Plaintiff may not obtain Defendant's telephone number or email address through expedited discovery before the Fed. R. Civ. P. 26(f) conference.