## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:14-cv-00259-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 71.196.168.210,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP address 71.196.168.210.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 29, 2014

                                                    Respectfully submitted,

                                                   By:  /s/ *Jason A. Kotzker*
                                                   Jason A. Kotzker
                                                   Jason@klgip.com
                                                   KOTZKER LAW GROUP
                                                   9609 S. University Blvd. #632134
                                                   Highlands Ranch, CO  80163
                                                   Phone:  720-330-8329
                                                   *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

       I hereby certify that on May 29, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

       By: /s/ *Jason A. Kotzker*_____
       Jason A. Kotzker